UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WINDSOR TERRACE HEALTHCARE LLC, DEBTOR | Case Nos. 2:25-CV-01388-JLS |
| | 2:25-CV-01547-JLS |
| HAZEL ALERS AND ALEJANDRO ALERS, | 2:25-CV-02133-JLS |
| Plaintiff-Appellants, | BK Case No. 1:23-BK-11200-VK |
| v. | Adv. Case No. 1:24-AP-01056-VK |
| WINDSOR TERRACE HEALTHCARE, LLC, | **JUDGMENT** |
| Defendant-Appellee. | |

   Judgment is hereby entered in accordance with this Court's December 23, 2025 Order Affirming the Bankruptcy Court Orders and Judgment.

DATED:  December 30, 2025

                                    Clerk, United States District Court

                                            /s/ Kelly Davis
                                    _____

                                    Kelly Davis, Courtroom Deputy Clerk

**cc:  BK Court**